CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 0 3 2005

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

Vs.  Criminal Action No. 7:00CR00024-001

Shirley Claudine Collins

## ORDER

It appearing to the court, through notification pursuant to 18 U.S.C. § 3572(d)(3), that a change in the defendant's economic circumstances has occurred and has affected the defendant's ability to pay the fine originally imposed on September 20, 2000, it is hereby

## ORDERED

that the payment schedule currently in effect be adjusted to require monthly installments of $15, unless the defendant or the government files and serves an objection in writing within 10 days.

Entered this 3rd day of November, 2005.

Jackson L. Kiser
Senior United States District Judge